IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-60145
Summary Calendar

_____

DAVID E. LYONS,

                                        Plaintiff-Appellant,

versus

BRENT COLEMAN ET AL.,

                                        Defendants,

BONNIE DILWORTH,

                                        Defendant-Appellee.

- - - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 1:93-CV-178 S-D
- - - - - - - - - - -
August 21, 1998

Before JOLLY, BENAVIDES, and PARKER, Circuit Judges.

PER CURIAM:[*]

David E. Lyons, now Mississippi prisoner #04687, appeals
from the jury's verdict in favor of the defendant, Aberdeen,
Mississippi, Police Officer Bonnie Dilworth, in Lyons' civil
rights lawsuit pursuant to 42 U.S.C. § 1983.  Lyons argues that
the district court erred by:  1) excluding certain medical
records; 2) refusing to allow him to put on evidence addressing
the legality of his arrest; 3) by setting aside the entry of a

_____

   [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

default judgment in favor of Lyons after finding good cause shown pursuant to Fed. R. Civ. P. 55(c); and 4) summarizing the facts of the case during voir dire.

We have reviewed the record and the briefs of the parties, and we find no reversible error. The district court did not abuse its discretion in its evidentiary rulings. See United States v. Campbell, 73 F.3d 44, 47 (5th Cir. 1996). Nor did the court abuse its discretion in setting aside the default judgment. See In re Dierschke, 975 F.2d 181, 183 (5th Cir. 1992). Finally, Lyons has not shown error, plain or otherwise, in the district court summary of the facts of the case in the presence of the prospective jurors. See Douglass v. United Servs. Auto. Ass'n, 79 F.3d 1415, 1428 (5th Cir. 1996) (en banc).

AFFIRMED.